**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge O. Edward Schlatter**

**Civil Action No.: 06-cv-01815-WYD-PAC**           FTR - Reporter Deck - Courtroom A-501
**Date:   April 05, 2007**                         Courtroom Deputy,  Ellen E. Miller
_____

KEITH   BALKA,                                    - - - - - - - -
#14126

      **Plaintiff(s),**
v.

JIM   CRONE,                                      Amy C.  Colony
LT.  LITTLEFIELD,                                 Robert M.  Liechty
MEDICAL STAFF,
DR.  DEQUARDO,
DR.  JUSTIN LINCOLN,
COLORADO MENTAL HEALTH INSTITUTE,

      **Defendant(s).**
_____
### COURTROOM   MINUTES  /  MINUTE  ORDER
_____
**HEARING:  PRELIMINARY RULE 16(b) SCHEDULING CONFERENCE**
**Court in Session:**     9:40  a.m.
Court calls case.   Appearance of counsel.   The time set for this conference is 9:30 a.m. The Court has waited to call the case to allow time for *Pro Se* Plaintiff to call for his telephonic appearance. The Plaintiff does not appear nor does any legal  representative for Plaintiff.

Discussion is held regarding the  Defendants' Motion to Stay.

**It is ORDERED:**   Defendants John DeQuardo and Justin Lincoln's  MOTION  TO  STAY (Docket No. **27,** Filed April 04, 2007) is  **GRANTED allowing limited discovery,**  as set  forth on the record,  pending resolution of the Defendants' Motion to Dismiss.

**It is ORDERED:**   DISCOVERY  CUT-OFF  for the limited  allowed  discovery as ordered from the bench  is **JUNE  01,  2007**
                    DISPOSITIVE  MOTIONS  DEADLINE  is  **JULY  01,  2007**

*06-cv-01815-WYD-PAC*
*Rule 16(b) Scheduling Conference*
*April 05, 2007*

**It is ORDERED:**   Defendants John DeQuardo and Justin Lincoln's  MOTION  TO  DISMISS (Docket No. **21,** Filed March 19, 2007) is **HELD   IN   ABEYANCE.**

HEARING CONCLUDES.

**Court in recess:**   9:47 a.m.
Total In-Court Time:     00:07