IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01815-WYD-PAC

KEITH BALKA,

      Plaintiff(s),

v.

JIM CRONE, Sheriff, Morgan County,
LT. LITTLEFIELD, Morgan County Sheriff's Department,
DR. DEQUARDO, Colorado Mental Health, Pueblo, and
DR. JUSTIN LINCOLN, Colorado Mental Health, Pueblo,

      Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER**

      IT IS HEREBY **ORDERED** that Defendants' Motion for Leave to Depose Individual in Prison and Extension Therefore [Doc. #31; filed May 25, 2007] is **GRANTED**.

      The Morgan County defendants may depose the plaintiff at the Arkansas Valley Correctional Facility **on or before June 29, 2007**.

      The discovery deadline is extended to **June 29, 2007** for the purpose of completing plaintiff's deposition.

Dated:  May 25, 2007