IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01815-WYD-PAC

KEITH BALKA,
    Plaintiff,
v.

JIM CRONE, Sheriff Morgan County,
LT. LITTLEFIELD, Morgan County Sheriff's Dept.,
DR. DEQUARDO, Colorado Mental Health Pueblo,
DR. JUSTIN LINCOLN, Colorado Mental Health Pueblo,
    Defendants.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on the mail addressed to Mr. Balka that was returned as undeliverable on June 4, 2007. (*See* doc. # 35). Pursuant to the Order of Reference dated March 1, 2007 (doc. # 15), this civil action was referred to the Magistrate Judge to, *inter alia*, "[h]ear and determine pretrial matters, including discovery and other non-dispositive motions . . . and submit proposed findings of fact and recommendations for rulings on dispositive motions." The court notes that two recent mailings sent to Mr. Balka have been mailed to his former rather than his current address. (*See* docs. # 31 and # 33). The court having reviewed the case file and being sufficiently advised in the premises,

    IT IS ORDERED that:

    1.    The Clerk of the Court is directed to re-mail a copy of doc. # 33 to Mr. Balka at his current address: Inmate # 14126, Arkansas Valley Correctional Facility (AVCF), P.O. Box 1000, Crowley, CO 81034.

    2.    Defendants Crone and Littlefield are directed to re-mail a copy of their "Motion for Leave to Depose Individual in Prison . . ." (doc. # 31) to Mr. Balka at his current address: Inmate # 14126, Arkansas Valley Correctional Facility (AVCF), P.O. Box 1000, Crowley, CO 81034.

DATED at Denver, Colorado, this 12th day of June, 2007.

BY THE COURT:


    s/Craig B. Shaffer
United States Magistrate Judge