IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-01815-WYD-KLM

KEITH BALKA,

    Plaintiff,

v.

JIM CRONE, Sheriff, Morgan County;
LT. LITTLEFIELD, Morgan County Sheriff's Dept.;
DR. DEQUARDO, Colorado Mental Health, Pueblo; and
DR. JUSTIN LINCOLN, Colorado Mental Health, Pueblo,

    Defendants.

---

**ORDER ADOPTING AND AFFIRMING RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

---

THIS MATTER is before the Court in connection with the Report and Recommendation of United States Magistrate Judge, entered July 25, 2007 (docket #47) ("Recommendation"), which is incorporated herein by reference.  *See* 28 U.S.C. § 636(b)(1)(B); FED. R. CIV. P. 72(b).  This matter was referred to Magistrate Judge Patricia A. Coan by Order of Reference dated March 1, 2007.

In the Recommendation, Magistrate Judge Shaffer, writing for Magistrate Judge Coan, recommends that the Complaint in this action be dismissed with prejudice for failure to comply with various court orders.  *Recommendation of United States Magistrate Judge* at 3-4.  Magistrate Judge Shaffer advised the parties that written objections were due within ten (10) days after being served with a copy of the

-1-

Recommendation. *Id.* at 4. Despite this advisement, no objections were filed by any party. No objections having been filed, I am vested with discretion to review the Recommendation "under any standard [I] deem[] appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings"). Nonetheless, though not required to do so, I review the Recommendation to "satisfy [my]self that there is no clear error on the face of the record."[1]  *See* Fed. R. Civ. P. 72(b) Advisory Committee Notes.

By Order dated October 24, 2006, Plaintiff was granted leave to proceed in this matter pursuant to 28 U.S.C. § 1915, and ordered to make payments towards the filing fee or show cause whey he was unable to do so. Plaintiff was warned that failure to comply with the requirements of § 1915(b)(2) would result in the dismissal of this civil action. Plaintiff failed to comply with the Court's Order. On June 13, 2007, Plaintiff was again ordered to either make the required monthly payments or show cause why he has no assets and no means by which to make the monthly payments. Once again, Plaintiff was warned that if he failed to make the required payment or showing, the Magistrate Judge would recommend dismissal of his complaint with prejudice. Plaintiff failed to comply with the Court's Order. Under these circumstances, I am satisfied that there is no clear error on the face of the record. *See Ehrenhaus v. Reynolds*, 965 F.2d

---

[1] Note, this standard of review is something less than a "clearly erroneous or contrary to law" standard of review, Fed. R. Civ. P. 72(a), which in turn is less than a de novo review, Fed. R. Civ. P. 72(b).

916 (10th Cir. 1992).  Accordingly, it is hereby

ORDERED that the Recommendation of United States Magistrate Judge dated July 25, 2007 (docket #47), is **AFFIRMED and ADOPTED**.  In accordance therewith, it is

FURTHER ORDERED that this action should be **DISMISSED WITH PREJUDICE**.

Dated:  August 14, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge